(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Appliance Controls Group Holdings, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>73-1641529 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>~~591 Madison Avenue~~<br>~~Suite 3100~~<br>~~New York, NY 10022~~<br>84 North Dugan Road<br>Sugar Grove, IL 60554 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **New York** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>595 Madison Ave, Suite 3100<br>New York, New York | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

Venue (Check any applicable box)
- ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7   ■ Chapter 11   ☐ Chapter 13 | |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other____ | ☐ Clearing Bank | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

Statistical/Administrative Information (Estimates only)
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors
- ☐ Debtor estimates that, after any exempt property is excluded and administrative ex will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | |
|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 |
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 |
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |

```
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 04/12/2004
Time: 16:47:31
Debtor: APPLIANCE CONTROLS GROU
Case: 04-14522      Fee : 839
Chapter: 11 Rec. # : 3074586
Judge: Susan Pierson Sonderby
```

1:04BK14522-BK001

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Appliance Controls Group Holdings, Inc.** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**Appliance Controls Group, Inc.** | Case Number:<br>**04-14517** | Date Filed:<br>**4/12/04** |
|---|---|---|
| District:<br>**Northern District of Illinois, Eastern Division** | Relationship:<br>**Affiliate** | Judge:<br>*A. Benjamin Goldgar* |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Attorney**

X  *Robert M. Fishman*
Signature of Attorney for Debtor(s)
**Robert M. Fishman ARDC # 3124316**
Printed Name of Attorney for Debtor(s)
**Shaw Gussis Fishman Glantz Wolfson & Towbin LLC**
Firm Name
**321 N. Clark Street**
**Suite 800**
**Chicago, IL 60610**
Address
**312-541-0151  Fax: 312-980-3888**
Telephone Number
*4/12/04*
Date

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  *Harrison R. Horan*
Signature of Authorized Individual
**Harrison R. Horan**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual

_____
Date

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| APPLIANCE CONTROL GROUP, INC., et al. | ) | Case No. 04-_____ (____) |
| | ) | |
| | ) | |
| Debtors. | ) | Judge _____ |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 28 LARGEST UNSECURED CLAIMS

The following is a consolidated list of the above captioned debtors' and debtors-in-possessions' (collectively, the "Debtors") creditors holding the twenty-eight (28) largest unsecured claims (the "Creditors List") based on the Debtors' books and records as of approximately April 9, 2004. The Creditors List was prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(d) for filing chapter 11 cases. The Creditors List does not include, unless otherwise noted herein, (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency qualifies the creditor among the holders of the twenty-nine (29) largest unsecured claims. The information in the Creditors List shall not constitute an admission by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated or unknown, does not constitute a waiver of the Debtors' right to contest the validity, priority and/or amount of any claim.

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER (AND FAX NUMBER) AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | (3) NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, Etc.) | (4) INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF | (5) AMOUNT OF CLAIM [If secured also state value of security] |
|---|---|---|---|---|
| J.P. Acquisition Fund III, L.P.[1] c/o Jacobson Partners 595 Madison Avenue, 31st Floor New York, NY 10022 | J.P. Acquisition Fund III, L.P. Attention: Benjamin R. Jacobson c/o Jacobson Partners 595 Madison Avenue, 31st Floor New York, NY 10022 Phone: 212-758-4500 Fax: 212-758-4567 | Loan | | $10,011,220.30 |
| Metal-Matic 629 Second Street, S.E. Minneapolis, MN 55414 | Metal-Matic Attention: Tom Jackson 629 Second Street, S.E. Minneapolis, MN 55414 Phone: 612-378-0411 Fax: 612-392-3399 | Trade Debt | | $410,162.97 |
| Small Parts de Mexico P.O. Box 221137 El Paso, TX 79913 | Small Parts de Mexico Attention: Terry Littlepage P.O. Box 221137 El Paso, TX 79913 Phone: 574-753-6323 Fax: 574-753-6660 | Trade Debt | | $288,890.23 |
| Optimum Staffing Inc. P.O. Box 3387 Cleveland, TN 37320 | Optimum Staffing Inc. Attention: Jerry Scheib P.O. Box 3387 Cleveland, TN 37320 Phone: 423-473-0501 Fax: 423-473-7872 | Trade Debt | | $229,102.28 |
| Alger Manufacturing Company, Inc. 724 S. Bon View Avenue Ontario, CA 91761 | Alger Manufacturing Company, Inc. Attention: Duane Femrite 724 S. Bon View Avenue Ontario, CA 91761 Phone: 800-854-9833 Fax: 909-986-9500 | Trade Debt | | $213,707.08 |
| Alcoa Engineered Products 10th Floor 8550 W. Bryn Mawr Avenue Chicago, IL 60631 | Alcoa Engineered Products Attention: Gisela Hewitt 8550 W. Bryn Mawr Avenue, 10th Floor Chicago, IL 60631 Phone: 773-380-7075 Fax: 773-380-7081 | Trade Debt | | $203,526.54 |
| JMS of Holland, Inc. 101 E. Roosevelt Avenue Zeeland, MI 49464 | JMS of Holland, Inc. Attention: Harold Jordan 101 E. Roosevelt Avenue Zeeland, MI 49464 Phone: 616-772-2727 Fax: 616-772-2722 | Trade Debt | | $186,597.80 |
| Engman-Taylor Company, Inc. W142 N9351 Fountain Blvd. Menomonee Falls, WI 53051 | Engman-Taylor Company, Inc. Attention: Rick Kiefer W142 N9351 Fountain Blvd. Menomonee Falls, WI 53051 Phone: 262-255-9300 Fax: 262-255-0164 | Trade Debt | | $182,184.53 |
| Pace Industries P.O. Box 309 Fayetteville, AR 72702 | Pace Industries Attention: Doug Walker P.O. Box 309 Fayette, AR 72702 Phone: 479-443-1455 Fax: 479-973-8511 | Trade Debt | | $167,152.51 |

{A0063476.DOC 3}

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER (AND FAX NUMBER) AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | (3)<br>NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, Etc.) | (4)<br>INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF | (5)<br>AMOUNT OF CLAIM [If secured also state value of security] |
|---|---|---|---|---|
| HVS Boxers LLC[1]<br>Suite 4220<br>9 West 57th Street<br>New York, NY 10019 | HVS Boxers LLC<br>Attention: Michael Fuchs<br>9 West 57th Street, Suite 4220<br>New York, NY 10019<br>Phone: 212-583-7010<br>Fax: 212-223-8886 | Loan | | $159,957.36 |
| Nathan Gantcher[1]<br>c/o Alpha Investment Management LLC<br>110 E. 59th Street, Floor 33<br>New York, NY 10022 | Nathan Gantcher<br>c/o Alpha Investment Management LLC<br>110 E. 59th Street, Floor 33<br>New York, NY 10022<br>Phone: 212-702-0616<br>Fax: 212-702-9216 | Loan | | $159,957.36 |
| George Kellner[1]<br>c/o Kellner, DiLeo & Company<br>900 Third Avenue, 10th Floor<br>New York, NY 10022 | George Kellner<br>c/o Kellner, DiLeo & Company<br>900 Third Avenue, 10th Floor<br>New York, NY 10022<br>Phone: 212-350-0251<br>Fax: 212-350-0340 | Loan | | $159,957.36 |
| AMCITO Partners, L.P.[1]<br>7234 Lancaster Pike, Suite 300<br>Hockessin, DE 19707 | AMCITO Partners, L.P.<br>Attention: Richard Carlson<br>7234 Lancaster Pike, Suite 300<br>Hockessin, DE 19707<br>Phone: 302-234-5750<br>Fax: 302-234-5754 | Loan | | $159,957.36 |
| Century City 1800 Partnership, L.P.[1]<br>c/o Aurora Capital Partners LP<br>Suite 2100<br>10877 Wilshire Blvd.<br>Los Angeles, CA 90024 | Century City 1800 Partnership, L.P.<br>Attention: Gerald Parsky<br>c/o Aurora Capital Partners LP<br>10877 Wilshire Blvd., Suite 2100<br>Los Angeles, CA 90024<br>Phone: 310-551-0101<br>Fax: 310-551-2843 | Loan | | $159,957.36 |
| Rockford Toolcraft<br>766 Research Parkway<br>Rockford, IL 61109 | Rockford Toolcraft<br>Attention: Gerald Busse<br>766 Research Parkway<br>Rockford, IL 61109<br>Phone: 815-398-5507<br>Fax: 815-398-0132 | Trade Debt | | $157,207.97 |
| Chase Brass & Copper<br>P.O. Box 152<br>Montpelier, OH 43453 | Chase Brass & Copper<br>Attention: Earl Creighton<br>P.O. Box 152<br>Montpelier, OH 43453<br>Phone: 419-485-3193<br>Fax: 419-485-5945 | Trade Debt | | $150,368.88 |
| G & M Die Casting Company<br>284 Richert Road<br>Wood Dale, IL 60191-1206 | G & M Die Casting Company<br>Attention: Markus J. Hirsch<br>284 Richert Road<br>Wood Dale, IL 60191-1206<br>Phone: 630-595-2340<br>Fax: 630-595-3746 | Trade Debt | | $121,481.78 |
| Fed Express<br>1000 Fedex Drive<br>Coraopolis, PA 15108 | Fed Express<br>Attention: Sharon Butter<br>1000 Fedex Drive<br>Coraopolis, PA 15108<br>Phone: 412-859-2959<br>Fax: 412-859-2959 | Trade Debt | | $117,860.76 |

{A0063476.DOC 3}

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER (AND FAX NUMBER) AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | (3) NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, Etc.) | (4) INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF | (5) AMOUNT OF CLAIM [If secured also state value of security] |
|---|---|---|---|---|
| Benjamin R. Jacobson[1,2] c/o Jacobson Partners 595 Madison Avenue, 31st Floor New York, NY 10022 | Benjamin R. Jacobson c/o Jacobson Partners 595 Madison Avenue, 31st Floor New York, NY 10022 Phone: 212-758-4500 Fax: 212-758-4567 | Loan | | $117,158.29 |
| Wolverine Metal Stamping 3600 Tennis Court St. Joseph, MI 49085 | Wolverine Metal Stamping Attention: Bruce Weber 3600 Tennis Court St. Joseph, MI 49085 Phone: 269-429-6600 Fax: 269-429-6657 | Trade Debt | | $116,279.33 |
| Saxonburg Ceramics, Inc. P.O. Box 688 Saxonburg, PA 16056 | Saxonburg Ceramics, Inc. Attention: Frank Humes P.O. Box 688 Saxonburg, PA 16056 Phone: 724-352-3580 Fax: 724-352-1561 | Trade Debt | | $100,188.85 |
| Danam Corporation 3003 N. 1st Street Suite 304 San Jose, CA 95134 | Danam Corporation Attention: Helen Kang 3003 N. 1st Street Suite 304 San Jose, CA 95134 Phone: 408-519-5729 Fax: 408-519-5778 | Trade Debt | | $91,191.75 |
| Ken-Mac Metals, Inc. 17901 Englewood Drive Middleburg Heights, OH 44130 | Ken-Mac Metals, Inc. Attention: Steve Burns 17901 Englewood Drive Middleburgh Heights, OH 44130 Phone: 440-891-1886 Fax: 440-891-1880 | Trade Debt | | $89,614.33 |
| R.C. Coil Spring Manufacturing 490 Mitchell Road Glendale Heights, IL 60139 | R.C. Coil Spring Manufacturing Attention: Chester Sawko 490 Mitchell Road Glendale Heights, IL 60139 Phone: 630-790-3500 Fax: 630-790-0113 | Trade Debt | | $89,451.05 |
| Harrison R. Horan[1,2,3] 8523 Country Club Drive Franklin, WI 53132 | Harrison R. Horan 8523 Country Club Drive Franklin, WI 53132 Phone: 414-427-7883 Fax: 414-427-8020 | Loan | | $83,434.50 |
| Quadruple Industries No. 7 Da-an Road Hsin Chuang City TAIPEI HSIEN, TAIWAN R.O.C. | Quadruple Industries Attention: Jack Horng No. 7 Da-an Road Hsin Chuang City TAIPEI HSIEN, TAIWAN R.O.C. Phone: 011-886-2-2205-2994 Fax: 011-886-2-2953-0748 | Trade Debt | | $82,785.00 |
| Radix Inc. 26000 Lakeland Blvd. Cleveland, OH 44132 | Radix Inc. Attention: Dennis Kleinhenz 26000 Lakeland Blvd. Cleveland, OH 44132 Phone: 216-289-3530 Fax: 216-731-7082 | Trade Debt | | $81,410.44 |

{A0063476.DOC 3}

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER (AND FAX NUMBER) AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | (3) NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, Etc.) | (4) INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF | (5) AMOUNT OF CLAIM [If secured also state value of security] |
|---|---|---|---|---|
| Tube Tech c/o Block Steel 6101 W. Oakton Street Skokie, IL 60077-2678 | Tube Tech Attention: David Rabinowitz c/o Block Steel 6101 W. Oakton Street Skokie, IL 60077-2678 Phone: 847-966-3000 Fax: 847-966-5906 | Trade Debt | | $79,404.43 |

I, Harrison R. Horan, an officer of each of the Debtors, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have read the foregoing list and that it is true and correct as of the date listed, to the best of my information and belief.

Dated:_____    Signature: _Harrison R. Horan_

---

[1] A shareholder of Appliance Controls Group Holdings, Inc. ("ACGHI"), a Delaware holding corporation that owns 100% of the outstanding shares of Appliance Control Group, Inc. J.P. Acquisition Fund III, L.P. owns 20% or more of the outstanding shares of ACGHI.
[2] A director and officer of Appliance Controls Group Holdings, Inc.
[3] A director and officer of Appliance Controls Group, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| APPLIANCE CONTROLS GROUP | ) | |
| HOLDINGS, INC., | ) | Case No. 04-_____ |
| | ) | |
| Debtor. | ) | Judge _____ |

### VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 2

The above-named Debtor hereby verifes that the list of creditors is true and correct to the best of my knowledge.

Dated: April 12, 2004

_Donald E. Baldwin_
Donald E. Baldwin for the Debtor

{A0064071.DOC}

## APPLIANCE CONTROLS GROUP HOLDINGS, INC.

GE Corporate Financial Services
Attention: Shani Novak
500 W. Monroe Street
Chicago, IL 606661-3679

HILCO Capital, LP
Attention: Lewis Rieck
One Northbrook Place
5 Rever Drive, Suite 510
Northbrook, IL 60062

{A0064069.TXT}